UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COLUMBUS JAMES,

        Plaintiff,                          Civil Action No. 09-CV-11230

vs.                                      HON. BERNARD A. FRIEDMAN

ANN ARBOR PUBLIC SCHOOLS,

        Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

        Magistrate Judge Michael Hluchaniuk has submitted a Report and Recommendation ("R&R") in which he recommends that the court grant defendant's motion to dismiss as to plaintiff's age and gender discrimination claims and that the court grant defendant's motion for summary judgment as to plaintiff's race discrimination and retaliation claims. Neither party has filed objections to the R&R and the time to do so has expired. The court has reviewed the R&R and believes that the magistrate judge has correctly analyzed all of the issues and that his recommendation is sound. Accordingly,

        IT IS ORDERED that Magistrate Judge Hluchaniuk's R&R is hereby accepted and adopted as the findings and conclusions of the court.

        IT IS FURTHER ORDERED that defendant's motion to dismiss [docket entry 18] is granted as to plaintiff's age and gender discrimination claims.

IT IS FURTHER ORDERED that defendant's motion for summary judgment [docket entry 20] is granted as to plaintiff's race discrimination and retaliation claims.

S/Bernard A. Friedman____
Dated: August 5, 2010                    BERNARD A. FRIEDMAN
       Detroit, Michigan                SENIOR UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

S/Carol Mullins
Case Manager to Judge Friedman